UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-23130-CIV-SEITZ/O'SULLIVAN

TRAVIS THOMPSON,

    Plaintiff,

v.

DAY & ZIMMERMAN, NPS,

    Defendant.

_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND RECOMMENDING THAT THE CASE BE DISMISSED WITH PREJUDICE

THIS MATTER came before the Court on the parties' Joint Motion to Approve Settlement Agreement (DE# 12, 1/11/10).

This case involves a claim for unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §201, et seq ("FLSA"). In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." Lynn Food Stores v. United States, 679 F.2d 1350, 1352-53 (11th Cir. 1982). A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." Id. The district court may approve the settlement in order to promote the policy of encouraging settlement of litigation. Id. at 1354.

In this case, the plaintiff claimed that he was entitled to compensation for hours that he worked. The plaintiff recovered the full amount of his claim plus full liquidated damages and attorneys' fees and costs. The Court has reviewed the terms of the Settlement Agreement including the amount to be received by the plaintiff and the

attorney's fees and costs to be received by counsel and finds that the settlement reached by the parties is a fair and reasonable resolution of the parties' bona fide disputes.  Having conducted a hearing and having considered the terms of the Settlement Agreement, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the parties' Joint Motion to Approve Settlement Agreement (DE# 12, 1/11/10)  is hereby **GRANTED** and the Settlement Agreement (including attorney's fees and costs) is **APPROVED**. It is further

**RECOMMENDED** that this case be **DISMISSED WITH PREJUDICE** and that the Court retain jurisdiction until February 27, 2010, to enforce the terms of the Settlement Agreement**.**

DONE AND ORDERED, in Chambers, at Miami, Florida, this **27th** day of January, 2010.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Seitz
All Counsel of Record